ADR

TO THE CLERK OF THE COURT OF
THE UNITED STATES FEDERAL COURT OF
THE NORTHERN DISTRICT OF CALIFORNIA.
450 Golden Gate Avenue San Francisco,
California.94102.

PATITION OF HEABUS CORPUS USC42§ 1997.

RAUL, RIVERA, CHAVEZ, J-20676, plaintiff file date: 01/09/06.
#:5:06-CV-00069JW

vs.

PEOPLE OF THE STATE OF CALIFORNIA,
SUPERIOR COURT OF SANTA CLARA COUNTY
BOARD OF PRISON TERMS,
ATTORNEY GENERAL,BILL LOCKYER, defendant's

C08 00491 JW

Date: Dec. 17/2007.

I Raul, Rivera, Chavez, Prisoner J-20676, state that the above Parties stated above. Violated my rights of due process in the following manner,(1).case no. 159787-9280099-9176541, are related according to Federal claim date filed:01/09/06.#:5:06-CV-00069JW Hon.Judge Richard Seeborg, reviewed matter. case:CC330619 and ongoing pending case CC788137 are related to Requirement to for which I claim False Imprisonment,Cruel and UNuesal Punishment, Deflamation of Carrector. according to Superior court records received Downtown courthouse clerk; Raul Leanos,records indicate file and docket has been distroyed-purged according to ststute. Ihave presented in person Hall of Justice sealed documents dated: 03/09/2006,-05/12/2006. to Porole Officer Castaneda,prison board attorney, Office of, the District Attorneys Office publick Defend -ers office to no releif. Phone conversation to federal Defenders Office as I explained Heabus Patition findings from clerks offic -er Raul Leanos, the Fed. Attorney stated that charge has been dissmi -ssed cleared from rap sheet. Iam indigent without funds request that if granted review to assighn me counsel that I may have a fair review, I Request relief on the findings on stated above docket on civil claim. I am not being given correct informa- tion to my filings Superior Court Dept. 24 Criminal Divis- ion attain from me Hall of Justice Records on Civil Docket
(1) follow up sheet

U.S. Norther District Federal Court of California file date: 01/09/06.

follow up of Heabus Corpus USC 42§1997. #:5;06-CV-0069 JW dated 12/12/07.
- to bring to attention my complait why im constantly undergoing Porole Violation's failures to comply to P.C.§290. Regestration's and defending myself as innocence in case 154787 for which I never received Paper Product on final Judgment to filed claim while I was in Avenal state Prison. Many Jailhouse Lawyers in Prison offer ers false responce on cases to elude a Patitioner from persueing a claim in a court of Law. And there is no Phyical Evidence or Powers while incarcarated to insure work product, paperwork is atentic intach and in it's original form when mailing to courts or Attorneys. or receiving such records unless all have access to cameras, phone interviews with clerks and Fax Machines in Persue of Justice. I ask for Panitive Damages in my claim on injuries which I have greaved. All parties defendants failed to investigate issues given way to gulity and not seeking to Burden of Proof by investigating for for a Person in the Intrest of Justice.

I do swear I am of Right State of Mind and mailed this Patition in a sealed stamp envelope and deposited it in a U.S. Postal box located in County Jail in San Jose, California, 95110. under penalty of purjury I state Patition is True and Correct and execute it at San Jose California, 95110. On December 12th 2007.
Dated:12/12/07.  Raul, Rivera, Chavez, _Raul Rivera, Chavez_,
(2), Final Page

IF NOT RECEIVED IN (5) DAYS RETURN TO BELOW ADDRESS

SAN JOSE CA 951

REBECCA COHN (D)

100 Paseo De San Antonio Ste.319
San Jose,Ca. 95110.

14 DEC 2007 PM 4 L

in care of

RAUL RIVERA CHAVEZ #07082733/BCF562-MJN-6-A-28-L

TO THE CLERK OF THE COURT OF THE
UNITED STATES FEDERAL COURT OF
CALIFORNIA. FOR THE NORTHERN DISTRI
450 Golden Gate Ave.
San Francisco, Ca. 94102.

LEGAL MAIL, CONFIDENTAIL