UNITED STATES DISTRICT COURT OF
THE NORTHERN DISTRICT OF CALIFORNIA
Hon. Judge Richard Seeborg #: 5:06-CV-00069 JW
450 Golden Gate Avenue San Francisco, California.
94102. Date Filed: 01-09-06. COURT DOCKET.

ADR

RAUL RIVERA CHAVEZ #07082733/BCF562
vs.
SUPERIOR COURT OF CALIFORNIA,
THE PEOPLE OF THE STATE OF CALIFORNIA,
BOARD OF PRISON TERMS,
BILL LOCKYER,

C08 00491 JW

Affidavit Attached
Date: Dec. 9th 2007.

PATITION OF HABEUS CORPUS
U.S.C. 42 § 1997

I Raul, Rivera, Chavez, J-20676 file This Class Action Lawsuit. stating that the above Parties Violated my Constitutional Rights In accordance to civil Proceedure under Federal Rules case number. 159787-1) 9280099 1) 9176541 In the intrest of Justice I the above sighned claim False Imprisonment, Crule and Unuseal Punishment Defflimation of Carrector. It is my beleif, according to Phone Interviews, and Records, Research Request Legal Process Clerk, at; 191 N. 1 St. Hall of Justice in San Jose, Ca. and Fed. Public Defenders Office. state information indicate File and Docket have been distroyed Pursuant to Statute, by above stated Federal Docket Claim Number.
I also state in this action to be given releif from criminal actions Pending against me in near future, related to this case. My intent by fileing This Habeus Corpus is to clear Past and Future aryuements concerning case #159787
In the intrest of Justice I claim Punitive Damages that I wish to bring fourth if Granted Review. I also ask for assistance by counsel with this action I am indigent and unable to Pay fileing Cost at This Time and do not see any financial Aid in near future.

Under Penalty of Purjury state foregoing is true and correct and executed at: San Jose, California. 95110. On: December 09-2007.

Date: 12/09/07 Robert Ramos
Date: 12/09/07 Raul Rivera, Chavez,

Raul Rivera Chavez
WITNESS
Plaintiff

AFFIDAVIT

U.S.N. DISTRICT COURT OF CA.
191 N. 1 ST. SAN JOSE, CA.

To; The Clerk of The Court, RAUL LEANOS

RECEIVED

DEC 17 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

File date: Hon. R. Seeborg 01/09/06.
#: 5:06-CV-00069
JW

I Raul, Rivera, Chavez, 07082733 am limited on mailing stamps seek to have habeus corpus review by Majestrate to the above Court and have this Intition intered into Record. I am IN-PROPER in a local criminal proceeding. access to forms are based upon delivery, And do not have basic Instructions as to where Patitions should be mailed to. I know two Federal Courts Branches and im in dought. as this is to my best ability my only option that is garrented due to family were derected therefor Disposition, Findings. concerning my claim. The return address Rebecca Cohn 100 Paseo De San Antonio, is my only place of correspondance if I am moved or if by some problem arises with Postal Deliverys I ask this court responds to this action as soon as deem fisible as my criminal Pre-Lim, Hearing is Dec. 17-07. filed release of Farratta Waiver with court on case: CC788137

I state affidavit true and correct and under penalty of purjury execute it at: San Jose, California. 95110. On December 10th 2007.

Dated: Dec. 10th 07. Raul, Rivera, Chavez *Raul Rivera Chavez*

If not received within (3) Day's mail to prior location. Forward

Rebecca Cohn (D)
Fild Represetitive Necole Hernandez
100 Paseo De San Antonio Ste.319
San Jose, Ca. 95113,
in care of
Raul Chavez 0702733/BCF562
M.J.N. 6-A-28-L

SAN JOSE CA 951
10 DEC 2007 PM 6-1
HAPPY HOLI...

Downtown Courthou
Clerk of The Court
Superior Court of Ca
191 N. First St.
San Jose, Ca. 9511

CONFIDENTAL
LEGAL MAIL
95113+1006