UNITED STATES FEDERAL COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA.
450 Golden Gate Avenue. Hon. Judge Seeborg
San Francisco, California. 94102. #:5:06-CV-00069 JW
Habeus Corpus U.S.C. 42 § 1997.   Date Filed: 01/09/06.

RAUL, RIVERA, CHAVEZ, 07082733, Self,
51 Fairview Ct. Hollester, California. 95023.,
Plaintiff,

vs.

People of The State of California,
Superior Court of Santa Clara County,
Board of Prison Terms, Attorney General Brown, Kyer,
Defendants,

dated:
Dec. 26th 2007.
Request:
Patition of Affidavit
Attached; Civil -
Cover Sheet JS 44-
CAND (Rev. 1104),
Proof of Service
Attached Account
of Funds Order No.-
077885 Dec.12-07.

ADR FILED
JAN 07 2008
C08 00491 JW

## Affidavit

I ask Your Honor, to accept review concerning pending state case: CC788137 related to above docket is an action after the fact. That on: 11/13/92. nolo-conteder plea agreement P.C. § 9120 [e] n117 approved by all members of the count due to there was no evidence in a psychological report P.C. § 91.21 [2]. not untill above date did investigative probation officer request regestration. I contested without releif on imposition of sentance. I filed to court for resentancing. family went to Public Defenders Office and court clerks, they both stated case sealed I wasn't granted a choice in final Judgment which was for credit only as Judge in sentancing circled; waves Formal Probation Report. P.C. § 17. (b)(3) This matter should be reduced to a misdemonor as I was granted Probation at the time of sentancing without imposition of sentance. On: 12/11/-93. arrested for violation of probation 159787 on the 13th sentanced to P.C. § 148 I was in shock in court due to multiple Broken Ribs and Numerious Fractures and didn't understand nature of charges against me. I was convicted on a not guilty plea to (6) six years prison when agreement at sentancing 10/21/92. was (3) three Years Prison Suspension if I violated probation. Not untill after appeal did I noticed Prepondence of Evidence P.C. § 1054.3 [a]

U.S. Federal Court for The Northern District of California. #:5:06-CV-0069 JW

Raul, Rivera, Chavez, 07082733,
vs.
State of California., Intities,

File Date: 01-09-06.
Date: Dec. 26th 2007.

On a Probation Report of alledged victim statement, several times at end of statement to Justify Judge, Chang, decision to mid-term was acurate. Evidence Code §83.08 [3] [b] affecting burden of proof, privillage §83.09 Production of Evidence §83.14 — writings Offical Records-Testimonial written police reports. requested by Subpoena Duces Tecum to Supervicing Judge by Legal Resources Coordinator on:12/11/07. Picked up by Lisa also on:17th of Dec. 07. submitted in Triplicate Duces Tecum, attached Proof of Service with Requested court sealed Challenge and Faretta dismissal request at:Judge Moloney Dept. 51 on:12-17-07. along with affidavit-motion To Review Case Under Submission. with attached Hall of Justice Records and Judge May Feloney Minutes Certificate of 10-21-92. conviction. Attorney "Self" sighned/dated in Blue Ink. also case:CC068582 convicted:04/08/00. Judge Lisk, subpoena for Investigative Police Handwriten Report at scean of crime by victim, so I can clear actuesation I committee crime. It is my intent to state to this court Public Defenders Office Employees Chaif Defender Younger stand in counsel of 11-13-92. and Juan Lopez counsel on:4/8/00. and 3-23-06. failed to fairly represent me. In Intrest of Justice Dissmiss Charges.

I state that I am of Right State of Mind, and submit this document and state is true and correct and under penalty of purjury execute it at: San Jose, California. 95110. on: December 26th 2007.

Dated: 12/26/07. Raul, Rivera, Chavez, *Raul, Rivera, Chavez*
                                          Plaintiff
Dated: / / .
                                          U.S. Federal N. District Court CLERK

c.c. Justice Dept. Reginal Manegement of Ca. 1200 Bayhill Dr. San Bruno, Ca. 94066.

c.c. Requested                (2).

# PROOF OF SERVICE BY MAIL

I, __Raul Rivera Chavez__, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and is a party to the above-entitled cause. My (residence or business) address is __51 Fairview Ct. San Jose California. 95023.__,

and I am a resident of, or employed in, __Santa Clara__ County, California.

On the date of __December 26-07,__ I served the __U.S. N. District - Fed. Court of Ca. (2) Two Page Habeus Corpus Affidavit and Civil Cover Sheet and Trust Account Slip dated Dec.12-07.__
(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) __2661 Baton Rouge Dr.,__ (city) __San Jose Calif. 95113__
__Santa Clara__ County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address). __Hon. Judge Richard, Seeborg U.S. Federal Court of Northern District of Calif. 450 Golden Gate Ave. San Francisco Ca. 94102.__

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: __December 26th 2007.__   __Raul, Rivera, Chavez,__
(Signature of person mailing)
__Raul, Rivera, Chavez,__
(Name of person mailing, typed or printed)

Carbon Copy requested                       (6)

JS 44 - CAND (Rev 11/04)

Dated: Dec. 26-2007

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

ADR

**I.(a) PLAINTIFFS**
Raul Rivera Chavez
#07082733, 51 Fairview Ct.
Hollester Calif. 95023

**DEFENDANTS**
Superior Court of Calif,
Board of Prison Terms; Antities,
Bill Lockyer

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Santa Clara
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(C) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
"Self" Raul Rivera Chavez, (408) 505-9628

C08 00491 JW

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)
- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [ ] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [X] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers Liability | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 161 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 690 Other | LABOR | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | SOCIAL SECURITY | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt Relations | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability |  | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 196 Franchise |  | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
|  |  |  | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
|  |  |  | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 790 Other Labor Litigation [ ] 791 Empl.Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence Habeas Corpus: |  | [ ] 870 Taxes (US Plaintiff or Defendant) |  |
| [ ] 220 Foreclosure | [ ] 442 Employment | [X] 530 General |  | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing | [ ] 535 Death Penalty |  |  | [ ] 890 Other Statutory Actions |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other |  |  |  |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights |  |  |  |
| [ ] 290 All Other Real Property | [ ] 445 Amer w/ disab - Empl | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 446 Amer w/ disab - Other |  |  |  |  |
|  | [ ] 450 Consumer Credit |  |  |  |  |
|  | [ ] 490 Cable/Satellite TV |  |  |  |  |

**VI. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
U.S.C. 42 §1997 Habeus Corpus Docket - No. #5:06-CV-00069 JW

**VII. REQUESTED IN COMPLAINT:**
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ OPEN
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY**
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE". §1983 Civil Rights 94-20378 JW

**IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)**
(PLACE AND "X" IN ONE BOX ONLY)
[X] SAN FRANCISCO/OAKLAND   [ ] SAN JOSE

DATE                    SIGNATURE OF ATTORNEY OF RECORD

IC Requested

| ITEM DESCRIPTION | PRICE |
|---|---|
| STATIONERY KIT | |
| HYGIENE KIT | |
| (illegible) | |
| ALLERGY TABLETS | 1.85 |
| (illegible) | |
| GENERIC IBUPROFEN | .75 |

ITEM    QUANTITY    CATEGORY/DESCRIPTION

C. Requested
OC788137
Dated: 12-26-07, Raul, Rivera, Chavez, Raul Rivera, Chavez

RECEIVED
DEC 1-? 2007
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY ANDRINA ROMAN-CASTILLO, DEPUTY

C08 00491 JW