1
2
3
4
5
6
7
8 IN THE UNITED STATES DISTRICT COURT
9 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11 RAUL RIVERA CHAVEZ, )
  ) No. C 08-00491 JW (PR)
12  Petitioner, )
  ) ORDER DIRECTING PETITIONER
13  vs. ) TO PAY FEE OR FILE *IN FORMA*
  ) *PAUPERIS* APPLICATION
14 ROSE MARTINEZ, Warden, )
  )
15  Respondent. )
  _____ )
16

17   Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28

18 U.S.C. § 2254.  Since petitioner filed what appeared to be a new habeas petition into

19 a closed file, case number C 06-00069 JW (PR), the Court directed the clerk to

20 transfer the relevant documents into a separate file and assign a new case number.

21 Accordingly, this habeas action is proceeding under the case number captioned

22 above.  However, the information contained in the instant petition was not sufficient

23 for this Court to determine whether petitioner stated cognizable claims under § 2254.

24 Therefore, on January 18, 2008, petitioner was granted thirty days to file an

25 AMENDED PETITION.

26   Furthermore, petitioner must either pay the full filing fee of $5.00 or submit

27 an application to proceed in forma pauperis  pursuant to 28 U.S.C. § 1915(a).

28
 Order Directing P to Pay Fee or File IFP Application
 P:\PRO-SE\SJ.JW\HC.08\Chavez00491_re IFP.wpd

1   Failure to do so within the same time provided for filing an amended petition will

2   result in the dismissal of this action without further notice to petitioner.

3          The clerk shall attach a copy of the court's In Forma Pauperis application

4   with a copy of this order to petitioner.

5

6   DATED: __January 24, 2008_____                    _____

7                                                      JAMES WARE
                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Directing P to Pay Fee or File IFP Application
P:\PRO-SE\SJ.JW\HC.08\Chavez00491_re IFP.wpd          2

**United States District Court**
For the Northern District of California