Raul Rivera Chavez
100 Paseo De San Antonio
Suite 319
San Jose, CA 95113

CV 08-00491 JW



# FILED

JAN 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAUL RIVERA CHAVEZ, )
         Petitioner, )
vs. )
ROSE MARTINEZ, Warden, )
         Respondent. )
_____ )

No. C 08-00491 JW (PR)

ORDER DIRECTING PETITIONER
TO PAY FEE OR FILE *IN FORMA
PAUPERIS* APPLICATION

      Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254. Since petitioner filed what appeared to be a new habeas petition into

a closed file, case number C 06-00069 JW (PR), the Court directed the clerk to

transfer the relevant documents into a separate file and assign a new case number.

Accordingly, this habeas action is proceeding under the case number captioned

above. However, the information contained in the instant petition was not sufficient

for this Court to determine whether petitioner stated cognizable claims under § 2254.

Therefore, on January 18, 2008, petitioner was granted thirty days to file an

AMENDED PETITION.

      Furthermore, petitioner must either pay the full filing fee of $5.00 or submit

an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Order Directing P to Pay Fee or File IFP Application
P:\PRO-SE\SJ.JW\HC.08\Chavez00491_re IFP.wpd

**United States District Court**
For the Northern District of California

1    Failure to do so within the same time provided for filing an amended petition will

2    result in the dismissal of this action without further notice to petitioner.

3        The clerk shall attach a copy of the court's In Forma Pauperis application

4    with a copy of this order to petitioner.

5

6    DATED:      JAN 2 4 2008                    _____

7                                               JAMES WARE
                                                United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Order Directing P to Pay Fee or File IFP Application
     P:\PRO-SE\SJ.JW\HC.08\Chavez00491_re IFP.wpd          2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RAUL RIVERA CHAVEZ,                          Case Number: CV08-00491 JW

          Petitioner,              **CERTIFICATE OF SERVICE**

   v.

ROSE MARTINEZ,

         Respondent.
_____/


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____( 31 ) 8____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Raul Rivera Chavez
100 Paseo De San Antonio
Suite 319
San Jose, CA 95113

Dated: ____1 / 31 / 08____

                        Richard W. Wieking, Clerk
                        By: Elizabeth Garcia, Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S**
**IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's <u>In Forma Pauperis</u> Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

**A.    Non-habeas Civil Actions**

The filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed <u>in forma pauperis</u>, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if <u>in forma pauperis</u> status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

**If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.**

**B.    Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed <u>in forma pauperis</u> you will not be required to pay any portion of this fee. If you are not granted leave to proceed <u>in forma pauperis</u> you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER-Rev. 6/02

1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
9
                                    )
10                                  )
                                    )
11              Plaintiff,          )      CASE NO. _____
                                    )
12    vs.                           )      **PRISONER'S**
                                    )      **APPLICATION TO PROCEED**
13                                  )      **IN FORMA PAUPERIS**
                                    )
14              Defendant.          )
                                    )
15   _____)

16          I, _____, declare, under penalty of perjury that I am the plaintiff in

17   the above entitled case and that the information I offer throughout this application is true and correct.

18   I offer this application in support of my request to proceed without being required to prepay the full

19   amount of fees, costs or give security. I state that because of my poverty I am unable to pay the

20   costs of this action or give security, and that I believe that I am entitled to relief.

21          In support of this application, I provide the following information:

22   1.      Are you presently employed?    Yes ____ No ____

23   If your answer is "yes," state both your gross and net salary or wages per month, and give the name

24   and address of your employer:

25   Gross: _____ Net: _____

26   Employer: _____

27   _____

28   If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____                    - 1 -

1    and wages per month which you received.   (If you are imprisoned, specify the last place of

2    employment prior to imprisonment.)

3    _____

4    _____

5    _____

6    2.    Have you received, within the past twelve (12) months, any money from any of the following

7    sources:

8        a.    Business, Profession or              Yes ____ No ____

9              self employment

10       b.    Income from stocks, bonds,           Yes ____ No ____

11             or royalties?

12       c.    Rent payments?                       Yes ____ No ____

13       d.    Pensions, annuities, or              Yes ____ No ____

14             life insurance payments?

15       e.    Federal or State welfare payments,   Yes ____ No ____

16             Social Security or other govern-

17             ment source?

18   If the answer is "yes" to any of the above, describe each source of money and state the amount

19   received from each.

20   _____

21   _____

22   3.    Are you married?                         Yes ____ No ____

23   Spouse's Full Name: _____

24   Spouse's Place of Employment: _____

25   Spouse's Monthly Salary, Wages or Income:

26   Gross $_____ Net $_____

27   4.    a.    List amount you contribute to your spouse's support : $ _____

28         b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 2 -

and indicate how much you contribute toward their support.  (NOTE: For minor children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?                Yes ____ No ____

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?                Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account?   Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ____ No ____  Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent:  $ _____  Utilities: _____

Food:  $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____            - 3 -

Case Number: _____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _____ for the last six months at

[prisoner name]

_____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most

recent 6-month period were $ _____ and the average balance in the prisoner's account

each month for the most recent 6-month period was $_____.

Dated:_____            _____

[Authorized officer of the institution]

- 5 -