Raul Rivera Chavez
c/o Rebecca Cohn
Necole Hernandez, Field Representative
100 Paseo De San Antonio, Suite 319
San Jose, CA 95113

CV08-00491 JW



If not received within (3) Days mail return to sender address

Rebecca Cohn (D)
Fild Represetitive Necole Hernandez
100 Paseo De San Antonio Ste.319
San Jose, Ca. 95113.
in care of
Raul Chavez 07282733/BCF562
M.J.N. 6-A-28-L

SAN JOSE CA 951
10 DEC 2007 PM 6 1

Downtown Courthou
Clerk of The Court
Superior Court of Ca
191 N. First St.
San Jose, Ca. 9511

CONFIDENTAL
LEGAL MAIL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RIVERA CHAVEZ,<br><br>Petitioner,<br><br>vs.<br><br>ROSE MARTINEZ, Warden,<br><br>Respondent. | No. C 08-00491 JW (PR)<br><br>ORDER DIRECTING PETITIONER TO PAY FEE OR FILE *IN FORMA PAUPERIS* APPLICATION |

Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since petitioner filed what appeared to be a new habeas petition into a closed file, case number C 06-00069 JW (PR), the Court directed the clerk to transfer the relevant documents into a separate file and assign a new case number. Accordingly, this habeas action is proceeding under the case number captioned above. However, the information contained in the instant petition was not sufficient for this Court to determine whether petitioner stated cognizable claims under § 2254. Therefore, on January 18, 2008, petitioner was granted thirty days to file an AMENDED PETITION.

Furthermore, petitioner must either pay the full filing fee of $5.00 or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

Order Directing P to Pay Fee or File IFP Application
P:\PRO-SE\SJ.JW\HC.08\Chavez00491_re IFP.wpd

1  Failure to do so within the same time provided for filing an amended petition will
2  result in the dismissal of this action without further notice to petitioner.
3  The clerk shall attach a copy of the court's <u>In Forma Pauperis</u> application
4  with a copy of this order to petitioner.

DATED: __January 24, 2008__

JAMES WARE
United States District Judge